UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WILLIAM NOE and
MARGARET M.S. NOE,

        Plaintiffs,

vs.

KING TECHNOLOGY, INC.,

        Defendant.

Case No.: 4:14-cv-12988
Hon. Linda V. Parker

Magistrate Judge:
Hon. Mona K. Majzoub

| **COURTNEY E. MORGAN, JR. (P29137)**<br>**BRIAN T. KECK (P77668)**<br>Morgan & Meyers, PLC<br>Attorneys for Plaintiffs<br>3200 Greenfield, Ste. 260<br>Dearborn, MI  48120<br>(313) 961-0130<br>(313) 961-8178 fax<br>cmorgan@morganmeyers.com<br>bkeck@morganmeyers.com | **STEVEN D. BROCK (P40432)**<br>Law Office of Storck & Dinverno<br>Attorney for Defendant<br>700 Tower Dr., Ste. 550<br>Troy, MI 48098<br>248-631-2101 / 248-631-2111 dd<br>(855) 834-9559 fax<br>brocks3@nationwide.com<br><br>**KIRK E. ROMAN (0030615 Ohio)**<br>Co-Counsel for Defendant<br>50 S. Main St., Ste. 502<br>Akron, OH  44308<br>330-253-8877<br>855-301-9448 fax<br>romank1@nationwide.com |
|---|---|

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Pursuant to the stipulation of the parties:

**IT IS ORDERED THAT** this matter is hereby dismissed with prejudice and without costs to any party.

This Order resolves the last pending claim and closes the case.

                                s/ Linda V. Parker
                                LINDA V. PARKER
                                U.S. DISTRICT JUDGE

Dated: March 17, 2017

**APPROVED FOR ENTRY:**

| | |
|---|---|
| *s/ Courtney E. Morgan, Jr.* | *s/ Steven D. Brock* |
| COURTNEY E. MORGAN, JR. (P29137) | STEVEN D. BROCK (P40432) |
| BRIAN T. KECK (P77668) | Law Office of Storck & Dinverno |
| Morgan & Meyers, PLC | Attorney for Defendant |
| Attorneys for Plaintiffs | 700 Tower Dr., Ste. 550 |
| 3200 Greenfield, Ste. 260 | Troy, MI 48098 |
| Dearborn, MI 48120 | 248-631-2101 / 248-631-2111 dd |
| (313) 961-0130 | (855) 834-9559 fax |
| (313) 961-8178 fax | brocks3@nationwide.com |
| cmorgan@morganmeyers.com | |
| bkeck@morganmeyers.com | |